PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Jordan A. Kroop (NY Bar No. 2680882)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Fax: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P. and the Highland Claimant Trust*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| PATRICK DAUGHERTY,<br><br>Appellant,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P. *et al.*,<br><br>Appellees. | Case No. 3:26-cv-02664-S |

**APPELLEES' CERTIFICATE OF INTERESTED PERSONS**
**<u>PURSUANT TO LOCAL BANKRUPTCY RULE 8012.1</u>**

Highland Capital Management, L.P. and the Highland Claimant Trust (together, "Appellees"), appellees in the above-referenced matter (the "Appeal"), pursuant to Rule 8012.1 of the Local Bankruptcy Rules for the Northern District of Texas, hereby submit the following *Certificate of Interested Persons* (the "CIP"):

1. Highland Capital Management, L.P., appellee in this Appeal and the reorganized debtor in the bankruptcy case captioned *In re Highland Capital Management, L.P.*, case no. 19-34054-sgj11 (the "Bankruptcy Case") pending in the United States Bankruptcy Court of the Northern District of Texas, and its counsel, Pachulski Stang Ziehl & Jones LLP (Jeffrey N. Pomerantz, John A. Morris, Gregory V. Demo, and Jordan A. Kroop) and Hayward PLLC (Melissa S. Hayward and Zachery Z. Annable). Highland Capital Management, L.P., is a limited partnership, the general partner of which is HCMLP GP LLC, a privately held limited liability company. No publicly held corporation owns 10% or more of the interests in either entity.

2. Highland Claimant Trust, appellee in this Appeal, and its counsel, Pachulski Stang Ziehl & Jones LLP (Jeffrey N. Pomerantz, John A. Morris, Gregory V. Demo, and Jordan A. Kroop) and Hayward PLLC (Melissa S. Hayward and Zachery Z. Annable).

3. Appellant Patrick Daugherty, appellant in this Appeal, and his counsel, Gray Reed & McGraw LLP (Jason S. Brookner, Andrew K. York, William N. Drabble, Joshua D. Smeltzer, and Drake M. Rayshell).

4. Appellees reserve the right to amend or supplement this CIP as and if necessary or appropriate.

[*Remainder of Page Intentionally Blank*]

Dated: August 25, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Jordan A. Kroop (NY Bar No. 2680882)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Fax: (310) 201-0760
Email: jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expwy, Ste. 106
Dallas, TX 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.
and the Highland Claimant Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 25, 2026, a true and correct copy of the foregoing *Certificate of Interested Persons* was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

*/s/ Zachery Z. Annable*
Zachery Z. Annable