# United States District Court

NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: HIGHLAND CAPITAL MANAGEMENT, L.P. | § § § § § § | CHAPTER 11<br>CASE NO. 19-34054-SGJ11<br><br>ADVERSARY NO. 25-03055-BWO |
| PATRICK DAUGHERTY<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P., and HIGHLAND CLAIMANT TRUST | § § § § § § § | CIVIL ACTION NO. 3:26-CV-2664-S |

## ORDER

Before the Court is Appellant Patrick Daugherty's Unopposed Motion for an Order Accepting Certain Documents Under Seal for Record on Appeal ("Motion") [ECF No. 7]. Having considered the Motion, the Bankruptcy Court's order to seal, and the applicable law, the Court **GRANTS** the Motion. It is therefore **ORDERED** that:

1. Appellant is authorized to file the Appendix to its Appellant's Brief under seal.

2. Appellant and the Bankruptcy Clerk are authorized to transmit the documents identified in Adversary Case No. 25-03055-bwo at Docket Nos. 105, 107, and 109-123 in Appellant's Designation of Documents to be Included in the Record on Appeal and Statement of Issues on Appeal. Specifically, those certain exhibits filed by the parties for use at trial, Appellant's exhibits: 17-26, 21a, 29, 60-62, 64-67, 69, 72-77, and 83-85, and Appellees' exhibits: 14, 21-28, 35-37, 57, 61, and 62 ("Sealed Documents") as detailed in the chart below:

| Docket Number (Case No. 25-03055) | Description |
|---|---|
| 105-17 | Appellant's Sealed Exhibit 17 |
| 105-18 | Appellant's Sealed Exhibit 18 |

| | |
|---|---|
| 105-19 | Appellant's Sealed Exhibit 19 |
| 105-20 | Appellant's Sealed Exhibit 20 |
| 105-21 | Appellant's Sealed Exhibit 21 |
| 105-22 | Appellant's Sealed Exhibit 22 |
| 105-23 | Appellant's Sealed Exhibit 23 |
| 105-24 | Appellant's Sealed Exhibit 24 |
| 105-25 | Appellant's Sealed Exhibit 25 |
| 105-26 | Appellant's Sealed Exhibit 26 |
| 105-21a | Appellant's Sealed Exhibit 21a |
| 105-29 | Appellant's Sealed Exhibit 29 |
| 105-60 | Appellant's Sealed Exhibit 60 |
| 105-61 | Appellant's Sealed Exhibit 61 |
| 105-62 | Appellant's Sealed Exhibit 62 |
| 105-64 | Appellant's Sealed Exhibit 64 |
| 105-65 | Appellant's Sealed Exhibit 65 |
| 105-66 | Appellant's Sealed Exhibit 66 |
| 105-67 | Appellant's Sealed Exhibit 67 |
| 105-69 | Appellant's Sealed Exhibit 69 |
| 105-72 | Appellant's Sealed Exhibit 72 |
| 105-73 | Appellant's Sealed Exhibit 73 |
| 105-74 | Appellant's Sealed Exhibit 74 |
| 105-75 | Appellant's Sealed Exhibit 75 |
| 105-76 | Appellant's Sealed Exhibit 76 |
| 105-77 | Appellant's Sealed Exhibit 77 |
| 105-83 | Appellant's Sealed Exhibit 83 |
| 105-84 | Appellant's Sealed Exhibit 84 |
| 105-85 | Appellant's Sealed Exhibit 85 |
| 109 | Appellee's Sealed Exhibit 14 |
| 110 | Appellee's Sealed Exhibit 21 |
| 111 | Appellee's Sealed Exhibit 22 |
| 112 | Appellee's Sealed Exhibit 23 |
| 113 | Appellee's Sealed Exhibit 24 |
| 114 | Appellee's Sealed Exhibit 25 |
| 115 | Appellee's Sealed Exhibit 26 |
| 116 | Appellee's Sealed Exhibit 27 |
| 117 | Appellee's Sealed Exhibit 28 |
| 118 | Appellee's Sealed Exhibit 35 |
| 119 | Appellee's Sealed Exhibit 36 |
| 120 | Appellee's Sealed Exhibit 37 |
| 121 | Appellee's Sealed Exhibit 57 |
| 122 | Appellee's Sealed Exhibit 61 |
| 123 | Appellee's Sealed Exhibit 62 |

3. The Sealed Documents are hereby accepted under seal as part of the record on appeal.

4. Appellant is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

**SO ORDERED.**

SIGNED September 30, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**